McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U. S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (209) 497-4000



FILED
DEC 0 9 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN RE:

INVESTIGATION OF
HANDWRITING SEIZED FROM
INDOOR MARIJUANA
CULTIVATION OPERATION

) 1:08 SW 0 0 3 0 6 DLB
)
) ORDER TO OBTAIN HANDWRITING
) EXEMPLAR
)
) 
)

Having reviewed the government's ex parte application to obtain fingerprints, and good cause appearing therefor,

IT IS HEREBY ORDERED that Jenny Chi Ha allow Government agents to obtain her handwriting in a manner directed by the Government.

IT IS FURTHER ORDERED that the government may disclose this order to Jenny Chi Ha or her authorized representative solely for the purpose of providing notice to her of this order.

IT IS FURTHER ORDERED that Jenny Chi Ha or her authorized representative shall not make any disclosure of this order or any other documentation filed in connection with this

1 | investigation to a third party.
2 | Dated: December 9, 2008

_____
DENNIS L. BECK
United States Magistrate Judge